

JTW: USAO#2013R0615



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT 23 PM...

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **UNDER SEAL** |
| v. | * | |
| | * | CRIMINAL NO.:  WDQ-13-0499 |
| NATHAN BARKSDALE, | * | |
|     a/k/a "Bodie," | * | (Conspiracy to Distribute and Possess |
| SURAJ TAIRU, | * | with the Intent to Distribute Heroin, 21 |
| | * | U.S.C. § 846; Possession with the Intent |
| | * | to Distribute Heroin, 21 U.S.C. § 841; |
| Defendants | * | Possession of a Firearm by a Convicted |
| | * | Felon, 18 U.S.C. § 922(g); Aiding and |
| | * | Abetting 18 U.S.C. § 2) |

\*\*\*\*\*\*\*

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Beginning on a date unknown to the Grand Jury, but at least as of in or about March 2013, and continuing through in or about September 12, 2013 in the District of Maryland, the defendants,

**NATHAN BARKSDALE,**
a/k/a "Bodie,"
**SURAJ TAIRU,**

did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the Grand Jury to distribute and possess with intent to distribute one hundred grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 846

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about June 22, 2013 in the District of Maryland, the defendants,

**NATHAN BARKSDALE,**
**a/k/a "Bodie,"**
**SURAJ TAIRU,**

did knowingly and intentionally distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about September 11, 2013 in the District of Maryland, the defendant,

**NATHAN BARKSDALE,**
a/k/a "Bodie,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a loaded Western Marshall Derringer, .357 caliber two-shot handgun, serial number 106724, and a loaded Smith & Wesson Model 410, .40 caliber semi-automatic handgun, serial number TDN3157, in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL

SIGNATURE REDACTED

Foreperson

10/23/13
Date