# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

November 25, 2013

James Thomas Wallner, Esquire
Office of the United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, MD 21201

Richard A. Finci, Esquire
Houlon, Berman, Bergman, Finci, Levenstein and Skok, LLC
7850 Walker Drive, Suite 160
Greenbelt, MD 20770

Michael Edward Lawlor, Esquire
Gwendolyn Ruth Waters, Esquire
Lawlor and Englert, LLC
6305 Ivy Lane, Suite 608
Greenbelt, MD 20770

Re: *United States v. Suraj Tairu*, Criminal No. WDQ-13-0499

Dear Counsel:

This three to five day jury trial has been scheduled for Monday, February 24, 2014, at 9:30 a.m. in Courtroom 3A. The parties shall submit a speedy trial consent order excluding time until the new trial date by close of business on Wednesday, December 4, 2013. Proposed jury instructions and voir dire should be filed by close of business on Wednesday, February 19, 2014.

Although informal, this letter is an order of the Court and shall be docketed accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc:   Felicia C. Cannon, Clerk