**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**          *

    vs.                                              *        Case No.   GLR 13-0499

**NATHAN BARKDALE**                    *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

Please enter the appearance of Nicholas J. Vitek and Vitek Law LLC, as attorneys for the Defendant, Nathan Barksdale.

Respectfully submitted,

_____/s/_____
Nicholas J. Vitek #29062
VITEK LAW LLC
Suite 1102
The American Building
231 E. Baltimore Street
Baltimore, Maryland 21202
P: (410) 317-8500
F: (410) 317-8511
vitek@viteklaw.com